EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 156 |
| Rosana Márquez Valencia | 179 DPR \_\_\_\_ |

Número del Caso: TS-8250


Fecha: 2 agosto de 2010


Abogado de la Parte Peticionaria:

Por Derecho Propio



Materia: Baja voluntaria al ejercicio de la abogacía.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Rosana Márquez Valencia

8250

Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a  2  de agosto de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Rosana Márquez Valencia, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo